AO 93 (Rev. 5/85) Search Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>7/27/07 | DATE AND TIME WARRANT EXECUTED<br>7/27/07  3:00 pm | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Yahoo Inc Custodian of Records |
| INVENTORY MADE IN THE PRESENCE OF | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

- Linda Isley Yahoo Inc Legal Department was telephonically contacted by SA Roche regarding the Warrant. Isley advised Yahoo would accept service of the Warrant via Federal Express and would send the requested data to the FBI.

- A Copy of the Search Warrant was sent out via Federal Express to Yahoo Inc on 7/27/07

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*Arthur Paul Roche*

Subscribed, sworn to, and returned before me this date.

*William S Carrad*     7/31/07
U.S. Judge or Magistrate                Date



# United States District Court

__SOUTHERN__ DISTRICT OF __ALABAMA__

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**The Yahoo! Account
wingtongwei@yahoo.com**

## SEARCH WARRANT

CASE NUMBER: 07-0098-C

TO: __Law Enforcement Officers__ and any Authorized Officer of the United States.

Affidavit(s) having been made before me by __Arthur Paul Roche__ who has reason to
                                                           Affiant
believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)
**The Yahoo! Account wingtongwei@yahoo.com**  controlled by Yahoo! Inc, headquartered at 701 First Ave, Sunnyvale, California 94089.

in the __Southern__ District of __Alabama__ there is now concealed a certain person or property, namely (describe the person or property)

**See Attachment A**

See Above Description

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __August 6, 2007__
                                                                                    Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime -- 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to __William E. Cassady__
as required by law.          U.S. Judge or Magistrate

__July 27, 2007__ @ 10:45 a.m. at __Mobile, Alabama__
Date and Time Issued                                                        City and State

**William E. Cassady**
**U.S. Magistrate Judge**                                         /s/ William E. Cassady
Name and Title of Judicial Officer                          Signature of Judicial Officer



## Attachment A

A. **Search Procedure**

In order to ensure that agents search only those computer accounts or computer files described in Attachment A, this search warrant seeks authorization to permit employees of Yahoo!, Inc. to assist agents in the execution of this warrant. To further ensure that agents executing this warrant search only those accounts or computer files described in Attachment A, the following procedures have been implemented:

1. The warrant will be presented to Yahoo! personnel who will be directed to isolate those accounts and files described in Attachment A;

2. In order to minimize any disruption of computer service to innocent third parties, the systems administrator will create an exact duplicate of the accounts and files described in Attachment A, including an exact duplicate of all information stored in the computer accounts or files described in Attachment A;

3. Yahoo! personnel will provide the exact duplicate of the accounts and files described in Attachment A and all information stored in those accounts and/or files to the Special Agent who serves this search warrant;

4. Law enforcement personnel will thereafter review the information stored in the accounts and files received from Yahoo! and then identify and copy the information contained in those accounts and files which are authorized to be further copied by this search warrant;

5. Law enforcement personnel will then seal the original duplicate of the accounts and files received from the systems administrator and will not further review the original duplicate absent an order of the Court; and

B. **Description of Accounts and Computer Files to be Copied by Yahoo!, Inc.**

All electronic mail stored and presently contained in, or on behalf of, the email address wingtongwei@yahoo.com

1. Printouts of all of the above from original storage.

2. Any and all transactional information, to include log files, of all activity to the above-listed individuals which includes dates, time, method of connecting, port, dial-up, and/or location, including source IP address(es) and destination IP address(es) of any and all e-mails sent or received by the Yahoo! account wingtongwei@yahoo.com.

Attachment A                                     1

3. All business records and subscriber information, in any form kept, which pertain to the above listed subscribers and accounts, including but not limited to applications, subscribers' full names, all screen names associated with those subscribers and accounts, all account names associated with those subscribers, method of payment, phone numbers, addresses, and detailed-billing records.

**Any communications or files which can be provided in electronic format (ie: CD) would be preferable, if at all possible.**