## Penalty Page

**STYLE OF THE CASE:**   UNITED STATES v. BENJAMIN AFRICANO BOYER
                        aka wingtongwei

**DEFENDANT:**          BENJAMIN AFRICAN BOYER (ALL COUNTS)

**USAO NO.:**           07R00402

**AUSA:**               SEAN P. COSTELLO


**VIOLATIONS:**

**COUNT 1:**            18 U.S.C. § 2422(b) - Enticement

**COUNT 2:**            18 U.S.C. § 1470 - Transfer of obscene material to minors

**COUNT 3:**            18 U.S.C. § 1467 - Forfeiture

**PENALTIES:**

**COUNT 1:**            5 yrs to 30 yrs/$250,000/3 yrs to Life SRT/$100 SA

**COUNT 2:**            10 yrs/$250,000/3 yrs to Life SRT/$100 SA

**COUNT 3:**            Forfeiture