IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| V. | * | CR.No. 07-00265 CB |
| BENJAMIN A. BOYER | * | |

## MOTION TO DISMISS INDICTMENT

Comes now the United States of America by and through Deborah J. Rhodes, the United States Attorney for the Southern District of Alabama, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, dismisses, without prejudice, the Indictment in Criminal No. 07-00265 .

    Respectfully submitted,

    DEBORAH J. RHODES
    UNITED STATES ATTORNEY

    By /s Sean P. Costello
     Sean P. Costello    Costs3753
    Assistant United States Attorney
    63 South Royal Street, Suite 600
    Mobile, Alabama 36602
    Telephone: (251) 441-5845
    Fax: (251) 441-5277

Leave of Court is granted for the filing of the foregoing dismissal.

_____  _____
United States District Judge            Date

## CERTIFICATION OF SERVICE

  I certify that on March 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for the defendant.

                 /s Sean P. Costello
                 Sean P. Costello